O'SULLIVAN, Respondent, v. DEVLIN, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Thomas J. O'Sullivan against Michael Devlin. D. F. Kiely, for appellant. M. H. Murphy,

for respondent. No opinion. Determination of appellate term (63 N. Y. Supp. 475) affirmed, with costs.